

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARBARA ANN DOMINEY, Individually, and as Trustee of the DOMINEY EXEMPT BYPASS TRUST, THE DOMINEY NON-EXEMPT BYPASS TRUST, THE DOMINEY 2012 IRREVOCABLE TRUST f/b/o ELENA MARQUARITA DOMINEY LANGSTON, TERESA EDDINGER, and ALLISON ALLEN, Co-Trustees of the DOMINEY INSURANCE TRUSTS OF 1993, and ESTATE OF SAMUEL DOMINEY JR., | § § § § § § § § § | No. 08-21-00187-CV<br><br>Appeal from the<br><br>278th Judicial District Court<br><br>of Walker County, Texas<br><br>(TC# 2130121) |
| Appellants, | § | |
| vs. | § | |
| ELENA MARQUARITA DOMINEY LANGSTON, FLORENCE OLIVIA DOMINEY CAMPBELL, and MATTHEW DAVID DOMINEY, Beneficiaries of THE DOMINEY 2012 IRREVOCABLE TRUST, THE DOMINEY EXEMPT BYPASS TRUST, THE DOMINEY NON-EXEMPT BYPASS TRUST, and the DOMINEY INSURANCE TRUSTS OF 1993, | § § § § § § | |
| Appellees. | § | |

**<u>MEMORANDUM OPINION</u>**

This is an appeal from an interlocutory order signed September 24, 2021.[1] This appeal was abated pending settlement negotiations. On December 14, 2022, Appellants filed a motion to dismiss this appeal. Appellants represented a settlement agreement has been signed by all the parties. Appellants certified that Appellees were not opposed to the dismissal of the appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX.R.APP.P. 42.1.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] This case was transferred to this Court from the Tenth Court of Appeals, our sister court in Waco. We decide it in accordance with the precedent of that court. TEX.R.APP.P. 41.3.